DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANCEL PRATT, JR.,**
Appellant,

v.

**MICHAEL C. WEISS, D.O., MICHAEL C. WEISS, D.O., P.A., LOUIS H. ISAACSON, D.O., LOUIS H. ISAACSON, D.O., P.A., STERLING HEALTHCARE GROUP, INC., STERLING MIAMI, INC., LAUDERDALE ORTHOPAEDIC SURGEONS, MICHAEL C. WEISS, D.O., P.A.,** and **FMC HOSPITAL LTD.,** a Florida Limited Partnership d/b/a **FLORIDA MEDICAL CENTER, FMC MEDICAL, INC.,** f/k/a **FMC CENTER INC.,** d/b/a **FLORIDA MEDICAL CENTER,**
Appellees.

No. 4D10-4398

[November 12, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey E. Streitfeld, Judge; L.T. Case No. 98-11569(19).

Linda A. Alley of Sheldon J. Schlesinger, P.A., Fort Lauderdale and Philip M. Burlington and Andrew A. Harris of Burlington & Rockenbach, P.A., West Palm Beach, for appellant.

A. Candace Marcus and James C. Sawran of McIntosh, Sawran & Cartaya, P.A., Fort Lauderdale, for appellees.

MAY, J.

This case comes to us upon remand from the Supreme Court of Florida. *Pratt v. Weiss*, 161 So. 3d 1268 (Fla. 2015). We previously affirmed a trial court order, in which the trial court found an offer of judgment complied with the requirements of section 768.79, Florida Statutes (2004). The supreme court has now quashed our decision and held that the offer failed to comply with section 768.79 and rule 1.442 of the Florida Rules of Civil Procedure. For the reasons expressed in the supreme court's decision, we now reverse the trial court order and remand the case for further proceedings.

*Reversed and Remanded.*

GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***